UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA LATHROP, et al. : | |
| : | |
| VS. : | NO. 3:02CV1473(AWT) |
| : | |
| J. E. HOWELL, et al : | |
| : | JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

THE PLAINTIFF

BY:_____
NORMAN A. PATTIS
Federal Bar No. ct13120
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: napatty1@aol.com
Her Attorney

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to:

Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street, 4th floor
New Haven, CT 06510

_____
NORMAN A. PATTIS