UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA LATHROP, et al. | : |
| VS. | : NO. 3:02CV1473(AWT) |
| J. E. HOWELL, et al | : |
| | : JANUARY 3, 2005 |

**FILED** 2005 JAN -5 A 10 47 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS
Federal Bar No. ct13120
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: napatty1@aol.com
Her Attorney

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT 1/10/05

FILED 2005 JAN 11 P 2:05 U.S. DISTRICT COURT HARTFORD, CT

02cv1473end14