UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA LATHROP, Suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR. | : : : : : | |
| VS. | : : | NO. 3:02CV1473(AWT) |
| J. E. HOWELL, Officer DALTON, Sergeant EPPS and Lieutenant MINARDI | : : : : | JANUARY 21, 2006 |

## PLAINTIFF'S LOCAL RULE 41(a) EXPLANATION

This case should not be dismissed because it is ready for trial. The plaintiffs have filed their Trial Memorandum today and the case should be assigned for jury selection at the earliest possible date.

THE PLAINTIFFS

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Jonathan H. Beamon, Assistant Corporation Counsel, 165 Church Street, 4th floor, New Haven, CT 06510.

_____
JOHN R. WILLIAMS