UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA LATHROP | : |
| v. | :   CASE NO. 3:02CV1473 (AWT) |
| J.E. HOWELL, ET AL. | : |

<u>ORDER OF TRANSFER</u>

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Ellen Bree Burns__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:02CV1473 (EBB). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 1st day of June, 2006.

```
                                    /s/
                              Alvin W. Thompson
                           United States District Judge
```