## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONNA LATHROP, suing individually and** | : | |
| **as the mother and next friend of her minor** | : | |
| **son, OSBORNE ALONZO TATE, JR.** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 3:02-CV-01473 (EBB)** |
| | : | |
| **J.E. HOWELL, OFFICER DALTON,** | : | |
| **SERGEANT EPPS & LIEUTENANT** | : | |
| **MINARDI** | : | |
| **Defendants.** | : | **JUNE 22, 2006** |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1.    Have you, or anyone you know, ever been arrested or seized by a police officer?

    a)    If so, please state:

        i)    whether the person arrested or seized was you or someone else and, if not you, state that person's relationship to you;

        ii)    the circumstances of the arrest or seizure; and

        iii)    which police department was involved.

    b)    If your answer to the first questions was "yes," what was your impression of the conduct of the police at the time?

2.     Have you, or anyone you know, ever been harassed, assaulted or verbally abused by a police officer?

    a)     If so, please state:

        i)     whether the person harassed, assaulted or verbally abused was you or someone else and, if not you, state the person's relationship to you;

        ii)     the circumstances of the harassment, assault or verbal abuse; and

        iii)     which police department was involved.

    b)     If your answer to the second questions was "yes", what was your impression of the conduct of the police at the time?

3.     Have you ever witnessed an incident in which you felt that a police officer was harassing, assaulting or verbally abusing another person?

    a)     If so, please state:

        i)     the circumstances of the harassment, assault or verbal abuse; and

        ii)     which police department was involved.

    b)     If your answer to the third question was a "yes," what was your impression of the conduct of the police at the time?

4.     Have you ever been a party to or witnessed an incident in which you felt that a police officer or officers acted improperly or without just cause?

    a)     If so, please state:

        i)     the circumstances of the incident;

        ii)     which police department was involved.

    b)     If your answer to the fifth question was "yes," what was your impression of the conduct of the police at the time?

5.     Are you now, or have you ever been employed by a law enforcement or security agency?

    a)     If so, please state:

        i)     the nature of said employment, and

        ii)     whether this would affect your ability to be a juror in a case involving a police officer.

6.     Do you have any relatives or close friends who are now employed, or have been employed by a law enforcement or security agency?

    a)     If so, please state:

        i)     the nature of your relationship with this person or persons;

        ii)     the nature of the employment; and

       iii)     whether this would affect your ability to be a juror in a case involving a police officer.

7.     Have you, or any member of your family or any acquaintance ever been employed by any government agency?

       a)     If your answer to the foregoing question is "yes," do you feel such person was fairly treated by that employer, and if not, why not?

       b)     Do you believe that anything about that experience or involvement might affect your ability to judge this case fairly, and if so, in what way?

8.     Have you, or any member of your family or close friend, ever belonged to any civil rights or civil justice organization?

       a)     If so, please provide details, including the name of the organization.

       b)     Do you believe that anything about that membership might affect your ability to judge this case fairly?  If so, in what way?

9.     During the past few years there have been reports in newspapers and on television and radio about incidents involving police officers and members of the public. Do any of you believe that what has been reported would influence you in any way if you were chosen to sit on a jury where misconduct by a police officer has been alleged?

a)      If you answer is yes, have you formed any opinions or drawn any

conclusions about police officers in general that might affect your

ability to judge this particular case fairly?

THE DEFENDANTS


By:/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
(203) 946-7958
Federal Bar No. #ct22937
E-Mail: jbeamon@newhavenct.net


## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Proposed Voir Dire Questions was mailed/delivered on June 22, 2006 to the following counsel of record, to wit:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Jonathan H. Beamon
Assistant Corporation Counsel