

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA LATHROP, suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR.<br>Plaintiffs, | :<br>:<br>:<br>:<br>: |
| v. | :    CIVIL NO. 3:02-CV-01473 (EBB) |
| | : |
| J.E. HOWELL, OFFICER DALTON, SERGEANT EPPS & LIEUTENANT MINARDI<br>Defendants. | :<br>:<br>:<br>:    SEPTEMBER 20, 2006 |

## DEFENDANTS' REQUEST FOR CONTINUANCE

The defendants respectfully request a continuance of the jury selection scheduled for October 10, 2006 and the trial scheduled on October 23-24, 2006. In support of the following, the defendants submit the following:

1.    Counsel for the defendants is resigning from the City of New Haven Office of Corporation Counsel to work for the City of Hartford as an Assistant Corporation Counsel starting on October 10, 2006.

2.    Counsel for the defendants was the only attorney in the office handling this case.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

3.  Counsel for the defendants contacted counsel for the plaintiff with respect to this motion for continuance. Counsel for the defendants has not received a response from counsel for the plaintiff.

WHEREFORE, the respondent respectfully requests a continuance of ninety (90) days of the jury selection and trial scheduled for October 10, 2006 and October 23-24, 2006, respectively.

THE DEFENDANTS

By:/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
(203) 946-7958
Federal Bar No. #ct22937
E-Mail: jbeamon@newhavenct.net

## CERTIFICATION

This is to certify that on September 20, 2006, a copy of the foregoing has been mailed to the following counsel of record:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510

/s/ _____
Jonathan H. Beamon