# United States District Court

**DISTRICT OF CONNECTICUT**

## APPEARANCE

| | |
|---|---|
| DONNA LATHROP, suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR.<br>    Plaintiffs, | :<br>:<br>:<br>: |
| v. | :   CIVIL NO. 3:02-CV-01473 (EBB) |
| J.E. HOWELL, OFFICER DALTON, SERGEANT EPPS & LIEUTENANT MINARDI<br>    Defendants. | :<br>:<br>:<br>:<br>:   NOVEMBER 22, 2006 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for all of the defendants.

November 22, 2006
*Date*

/s/
*Signature*

Michael A. Wolak, III
*Print Name*

Ct12681
*Federal Bar Number*

165 Church Street, 4th Floor
*Address*

New Haven    CT    06510
*City*         *State*    *Zip Code*

(203) 946-7970
*Phone Number*

(203) 946-7942
*Fax Number*

mwolak@newhavenct.net
*E-mail*

## **CERTIFICATION**

     **THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid on November 22, 2006 to the following:

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                        /s/_____
                                        Michael A. Wolak, III