# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA LATHROP, suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR.** : <br>     **Plaintiffs,** : <br> : <br> **v.** : <br> : <br> **J.E. HOWELL, OFFICER DALTON, SERGEANT EPPS & LIEUTENANT MINARDI** : <br>     **Defendants.** : | <br><br><br><br><br><br>CIVIL NO. 3:02-CV-01473 (EBB)<br><br><br><br><br><br>DECEMBER 8, 2006 |

## DEFENDANT'S MOTION IN LIMINE RE: OTHER MISCONDUCT

The defendants hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the defendants or any defense witness who is a police officer. The defendants believe that the plaintiffs may attempt to elicit testimony at trial regarding alleged "other misconduct" by police officers.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendant. The defendants submit that, at a minimum, the plaintiffs should be required to seek the Court's permission out to the hearing of the jury prior to making any reference to alleged "other

**ORAL ARGUMENT IS REQUESTED**

misconduct."

A memorandum of law in support of this motion is filed herewith.

THE DEFENDANTS

/s/:_____
 Michael A. Wolak, III
 Assistant Corporation Counsel
 City of New Haven
 165 Church Street
 New Haven, CT  06510
 Tel. #:  (203) 946-7970
 Fax #:  (203) 946-7942
 E-mail: mwolak@newhavenct.net
 Fed. Bar #ct12681
 Their Attorney

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid, on December 8, 2006, to the following counsel of record:

John R. Williams, Esq.
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

E-mail:  jrw@johnwilliams.com

/s/_____
 Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D026\P002\00008289.DOC