UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA LATHROP, suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR.** : :  :  :  **Plaintiffs,**  :  :  **v.**  :  :  **J.E. HOWELL, OFFICER DALTON, SERGEANT EPPS & LIEUTENANT MINARDI**  :  :  :  :  **Defendants.**  : | **CIVIL NO. 3:02-CV-01473 (EBB)**  **DECEMBER 8, 2006** |

**DEFENDANT'S MOTION IN LIMINE RE: IMPROPER REFERENCE TO "BLUE WALL OF SILENCE" OR OTHER SIMILAR REFERENCE DURING CLOSING ARGUMENT**

The defendants move the court, *in limine*, to bar reference to such phrases as "Blue Wall of Silence" or "Blue Code of Silence," or similar phrases, during closing argument in this matter. The defendants believe that counsel for plaintiff, based upon a recently concluded trial involving the same law firm representing the plaintiffs in this case, may attempt to interject into the closing argument the above described phrases or similar phraseology.

In the instant matter, four former police officers will be testifying about the events set forth in plaintiff's Complaint. The only purpose for utilizing such phrases as "Blue Wall of Silence" or "Blue Code of Silence," or similar phraseology, is to mount an unsubstantiated attack on the veracity of police officers in general, and the veracity of the defendants

**ORAL ARGUMENT IS REQUESTED**

testifying in this case in particular. If such improper comments are made, curative instructions may be of little benefit to remove the taint, and the defendants' right to fair trial may be compromised.

A memorandum of law in support of this motion is filed herewith.

THE DEFENDANTS

/s/:_____
Michael A. Wolak, III
Assistant Corporation Counsel
Fed. Bar #ct12681
City of New Haven
165 Church Street
New Haven, CT  06510
Telephone:  (203) 946-7970
Facsimile:  (203) 946-7942
Email: mwolak@newhavenct.net
Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid, on the December 17, 2006 to the following counsel of record:

John R. Williams, Esq.
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

E-mail:  jrw@johnrwilliams.com

/s/:_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D022\P003\00021609.DOC

2