# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02cv1493(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

12/19 06

M. Ruocco

12/19/06
**Date**

CT 21266
**Connecticut Federal Bar Number**

(203) 562-9931
**Telephone Number**

(203) 776-9494
**Fax Number**

jmerly@johnrwilliams.com
**E-mail address**

Joseph M. Merly
**Print Clearly or Type Name**

51 Elm St., #409
**Address**

New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24