AO 187 (Rev. 7/87) Exhibit and Witness List  ⊕

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

# United States District Court

_____ DISTRICT OF _____
CT

Lathrop v. Howell et al

12/21 ___ 06
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 cv 1473 (EBB)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PRESIDING JUDGE: Ellen Burns — PLAINTIFF'S ATTORNEY: J. Merly — DEFENDANT'S ATTORNEY: M. Wolak |
| | | | | | TRIAL DATE(S): 12/19/06 — COURT REPORTER: Falzarano — COURTROOM DEPUTY: M. Ruocco |
| ✓ | | 12/19/06 | | | Whitney Epps - 1 Union Ave, New Haven |
| ✓ | | " | | | John Dalton - New Haven, CT |
| ✓ | | " | | | John Minardi - New Haven, CT |
| 1 | | 12/19/06 | ✓ | ID | Police Report |
| | A | " | ✓ | ✓ | Photo of Osborne Tate left side view |
| | B | " | ✓ | ✓ | Photo of Osborne Tate front view |
| | C | " | ✓ | ✓ | Photo of Osborne Tate right side view |
| ✓ | | " | | | James Howell - New Haven, CT |
| ✓ | | " | | | Osborne Tate - New Haven, CT |
| ✓ | | " | | | Donna Lathrop - West Haven, CT |
| ✓ | | " | | | Elijah Lathrop - West Haven, CT |