AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

**EXHIBIT AND WITNESS LIST**

Lathrop v. Howell et al

Case Number: 3:02cv1473

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | J. Merly | J. Welak |
| TRIAL DATE(S) Court 12/19 - 12/21/06 | COURT REPORTER Falzarano | COURTROOM DEPUTY M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/21/06 | | | Jury Note re: Malicious Prosecution |
| 2 | | 12/21/06 | | | Jury Note re: Excessive Force |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages