**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

12 | 21       20 06

KEVIN F. ROWE, Clerk

By    M. Russo
         Deputy Clerk

| | | |
|---|---|---|
| DONNA LATHROP, suing individually and as the mother and next friend of her minor son, OSBORNE ALONZO TATE, JR. Plaintiffs, | : : : : : | |
| V. (EBB) | : : : | CIVIL NO. 3:02-CV-01473 |
| J.E. HOWELL, OFFICER DALTON, SERGEANT EPPS & LIEUTENANT MINARDI Defendants. | : : : : : | DECEMBER 21, 2006 |

<u>VERDICT FORM</u>

**SECTION I:**

1.    Do you find that Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that he was subjected to excessive force by any of the following Defendants?

| | | | |
|---|---|---|---|
| John Minardi | _____ Yes | **X** No | |
| James E. Howell | _____ Yes | **X** No | |
| Whitney Epps | _____ Yes | **X** No | |
| John Dalton | _____ Yes | **X** No | |

2.    Do you find that the Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that he was subjected to false arrest by any of the following Defendants?

| | | | |
|---|---|---|---|
| John Minardi | _____ Yes | **X** No | |
| James E. Howell | _____ Yes | **X** No | |

Whitney Epps          _____Yes          __X__No

John Dalton           _____Yes          __X__No

**If you have answered "Yes" to any Defendant in either question 1 or 2, please proceed to Question 3. If you have answered "No" to all of the defendants in questions 1 and 2 please proceed to Question 4.**

3.    Do you find that the Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that any of the following Defendants failed to intervene in either his being subjected to excessive force or false arrest?

a)    <u>Excessive Force</u>

John Minardi          _____Yes          __X__No

James E. Howell       _____Yes          __X__No

Whitney Epps          _____Yes          __X__No

John Dalton           _____Yes          __X__No

b)    <u>False Arrest</u>

John Minardi          _____Yes          __X__No

James E. Howell       _____Yes          __X__No

Whitney Epps          _____Yes          __X__No

John Dalton           _____Yes          __X__No

4.    Do you find that the Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that he was subjected to malicious prosecution by any of the following Defendants?

John Minardi          _____Yes          __X__No

James E. Howell       _____Yes          __X__No

Whitney Epps          _____Yes          __X__No

John Dalton _____Yes __X__No

5. Do you find that the Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that he was subjected to the intentional infliction of emotional distress by any of the following Defendants?

John Minardi _____Yes __X__No

James E. Howell _____Yes __X__No

Whitney Epps _____Yes __X__No

John Dalton _____Yes __X__No

6. Do you find that the Plaintiff Osborne Alonzo Tate, Jr., has proven by a preponderance of the evidence that he was subjected to the negligent infliction of emotional distress by any of the following Defendants?

John Minardi _____Yes _____No

James E. Howell _____Yes _____No

Whitney Epps _____Yes _____No

John Dalton _____Yes _____No

7. Do you find that the Plaintiff Donna Lathrop has proven by a preponderance of the evidence that she was subjected to the negligent infliction of emotional distress by any of the following Defendants?

John Minardi                 _____Yes                 _____No

James E. Howell              _____Yes                 _____No

Whitney Epps                 _____Yes                 _____No

John Dalton                  _____Yes                 _____No

**If you have answered "No" as to each defendant in Questions 1, 2, 4, 5, 6 and 7 your deliberations are at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the court. If you answered "Yes" in Question 1 as to any defendant, please proceed to Section II. After completing Section II you should proceed to Section III, or, if you have answered "No" as to each defendant in Question 1, but "Yes" as to any defendant in any of the Questions 2 through 7, then you should now proceed directly to Section III.**

**SECTION II**  (Only to be answered if you answered "Yes" as to any defendant to Question 1 in Section I)

1.    If you find that Plaintiff Osborne Alonzo Tate, Jr., was subjected to excessive force by Defendant John Minardi, do you find that it was proven by a preponderance of the evidence that Defendant John Minardi used a "choke hold" on Plaintiff Osborne Alonzo Tate, Jr.?

_____Yes          __✓__No

2.    If you find that Plaintiff Osborne Alonzo Tate, Jr., was subjected to excessive force by Defendant John Minardi, do you find that it was proven by a preponderance of the evidence that Defendant John Minardi pushed Plaintiff Osborne Alonzo Tate, Jr., without reason?

_____Yes          __✓__No

3.    If you find that Plaintiff Osborne Alonzo Tate, Jr., was subjected to excessive force, has this plaintiff proven by a preponderance of the evidence that any of the following Defendants held a gun on him?

| | | |
|---|---|---|
| John Minardi | _____Yes | _____No |
| James E. Howell | _____Yes | _____No |
| Whitney Epps | _____Yes | _____No |
| John Dalton | _____Yes | _____No |

**SECTION III**

A.    <u>As to Plaintiff Osborne Alonzo Tate, Jr.</u>

1.    If you answered "Yes" as to any defendant in either Question 1, or Question 2, or Question 3, or Question 4 in Section I, what amount of compensatory damages, if any, do you award the Plaintiff Osborne Alonzo Tate, Jr. for the violation of his federal constitutional right or rights?

$_____

2.    If you answered "Yes" as to any defendant in either Question 5 Question 6 in Section I, what amount of compensatory damages, if any, do you award the Plaintiff Osborne Alonzo Tate, Jr. on his state law claim or claims?

$_____

3.    If you awarded compensatory damages under Question A. 1 of Section III to Plaintiff Osborne Alonzo Tate, Jr., on any of his federal constitutional claims, do you find that this Plaintiff should be awarded punitive damages in order to punish any of the Defendants or to deter them or others from such future conduct?

John Minardi        _____Yes        _____No

James E. Howell          _____Yes          _____No

Whitney Epps             _____Yes          _____No

John Dalton              _____Yes          _____No

4.    If you answered "Yes" as to any portion of Question A. 3 of Section III, what amount of money do you award as punitive damages to the Plaintiff as to each Defendant?

John Minardi          $_____

James E. Howell       $_____

Whitney Epps          $_____

John Dalton           $_____

5.    If you awarded compensatory damages under Question A. 2 of Section III to Plaintiff Osborne Alonzo Tate, Jr., and such award was based on a finding that a Defendant or Defendants intentionally caused the infliction of emotional distress upon this Plaintiff, do you find that Plaintiff Osborne Alonzo Tate, Jr., has proven that he is entitled to punitive damages on this state law claim as to any of the following Defendants?

John Minardi             _____Yes          _____No

James E. Howell          _____Yes          _____No

Whitney Epps             _____Yes          _____No

John Dalton              _____Yes          _____No

(NOTE:  If you find that punitive damages should be awarded to this plaintiff on this state law claim, you need not determine an amount.  Such calculation of an amount will be done by the court itself at a later proceeding.)

B.     As to Plaintiff Donna Lathrop

1.     If you answered "Yes" as to any defendant in Question 6, in Section I, what amount of compensatory damages, if any, do you award the Plaintiff Donna Lathrop on her state law claim?

$_____

**SECTION IV**

Your deliberations are now complete, and you should have your jury foreperson date and sign in the space provided.

Date _____      12/21/06

Signature of Foreperson