**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DONNA LATHROP, suing individually and
as mother and next friend of minor son,
OSBORNE ALONZO TATE, JR.

     v.                          Civil No.  3:02CV1473(EBB)

J.E. HOWELL, OFFICER DALTON,
SERGEANT EPPS AND LIEUTENANT
MINARDI

**J U D G M E N T**

    This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On December 21, 2006, the jury returned a verdict for the defendants.

    Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

    Dated at New Haven, Connecticut this 27th day of December, 2006.

                                            KEVIN F. ROWE, Clerk
                                            By

                                            Melissa Ruocco
                                            Deputy Clerk

EOD : _____